The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBEL SISAY GEBREMEDHIN, and LIBAN FARAH ALI,<br><br>  Defendants. | No. CR06-026 RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE MOTIONS DEADLINE AND TRIAL DATE |

THIS MATTER comes before the Court upon Defendants Saimon Gebremichael Melacu and Liban Farah Ali's motion to continue the motions deadline and trial date in this matter. Having considered the entirety of the records and file herein, the Court finds as follows:

1.  That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. 3161(h)(8)(B)(ii) and (iv);

2.  That the case is unusual and complex, due to the number of defendants and the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified; and

3.  That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation,

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE MOTIONS DEADLINE AND TRIAL
DATE (No. CR06-026 RSL) - 1

LAW OFFICES OF
COSTELLO & ASSOCIATES, P.S.
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA 98104
(206) 749-5020

and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. 3161(h)(8)(A).

THEREFORE, the Court rules as follows:

GOOD CAUSE HAVING BEEN SHOWN, the motions deadline and trial date in this matter are hereby continued.  The motions deadline is reset to October 31, 2006.  The trial date is reset to November 27, 2006.

The period of time from the current trial date, September 25, 2006, to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq.

DATED THIS 31st day of August, 2006.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Christopher Black
Attorney for Saimon Gebremichael Melacu
Costello & Associates, P.S.
1000 Second Ave, Suite 1780
Seattle, WA 98104
Telephone:  (206) 749-5020
Fax:  (206) 749-5074

F:\Legal Administration\CLIENT\Active\Melacu, Saimon 1393\Pleadings\08-21-06 Order continuing trial.doc

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE MOTIONS DEADLINE AND TRIAL
DATE (No. CR06-026 RSL) - 2

LAW OFFICES OF
COSTELLO & ASSOCIATES, P.S.
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA  98104
(206) 749-5020