**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIBAN FARAH ALI,<br><br>　　　　　　Defendant. | NO. CR06-26-RSL<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 1, 2011. The United States was represented by Assistant United States Attorney Seth Wilkinson for Todd Greenberg, and the defendant by Tom Campbell.

　　　　The defendant had been charged and convicted of Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B), and 846. On or about February 16, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 72 months in custody, to be followed by 5 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, submit to search, gambling restrictions and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

treatment if directed; no association with known gang members, no new credit, and if deported, not to reenter the United States without permission.

In a Petition for Warrant or Summons, dated March 7, 2011, U.S. Probation Officer Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

1. Using cocaine on or before November 30, 2010, in violation of standard condition number seven of his supervised release.

2. Failing to report for drug and alcohol testing as directed on December 1, 2010, January 10 and 27, 2011, and February 7, 2011, in violation of his special condition of supervised release.

3. Consuming marijuana on or before January 20, 2011, in violation of standard condition number seven of his supervised release.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 1. Defendant denied alleged violations 2 and 3, and requested that an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Robert S. Lasnik on the alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1 and that the Court conduct an evidentiary/disposition hearing on alleged violations 2 and 3. A disposition hearing on violation 1, and an evidentiary/disposition hearing on alleged violations 2 and 3, has been set for April 26, 2011 at 8:30 a.m. before the Honorable Robert S. Lasnik.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 1st day of April, 2011.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

| | | |
|---|---|---|
| cc: | District Judge: | Honorable Robert S. Lasnik |
| | AUSA: | Todd Greenberg |
| | Defendant's attorney: | Tom Campbell |
| | Probation officer: | Thomas J. Fitzgerald |